UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-00099-SSS-SPx | Date | July 18, 2023 |
|---|---|---|---|
| Title | *Jeffrey J. Gway, et al. v. ZBS Law, LLP, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                            None Present

**Proceedings:** ORDER DISMISSING PLAINTIFFS' CLAIM FOR FAILURE TO AMEND THE COMPLAINT

On June 26, 2023, the Court granted Defendants Marlon T. Arias, the Law Offices of Michael C. Earle, Michael Earle, Fay Servicing, LLC, Mortgage Electronic Registration System, and ZBS Law, LLP's (collectively, "Defendants") Motions to Dismiss Plaintiffs Jeffrey J. Gway and Lillian Q. Gway's (collectively, the "Plaintiffs") Complaint. [Dkts. 8 & 15]. In the Court's Order, the Court found that Plaintiffs' Complaint failed to provide Defendants with sufficient notice of the claims against them. [Dkt. 29 at 2]. Accordingly, the Court granted the Defendants' Motion in their entirety. [Dkt. 29 at 2–3]. The Court further granted Plaintiffs leave to amend their Complaint in order to cure their Complaint's deficiencies. Plaintiffs' amended complaint was due on or before July 10, 2023. [Dkt. 29 at 2]. As of the date of this order, Plaintiffs have not filed an amended complaint. Accordingly, Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE.** *See American Western Door & Trim v. Arch Specialty Insurance Co.*, No. CV 15-00153-BRO (SPx), 2015 WL 1308440, at *1 (C.D. Cal. April 15, 2015) ("A district court may dismiss an action with prejudice when a plaintiff fails to file an amended complaint within the allotted time period."); *see also Cabello v. City of Phoenix*, 387 F. App'x 709, 710 (9th Cir. 2010).

**IT IS SO ORDERED.**